UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STUTES, ET AL.

VERSUS

GULFPORT ENERGY CORP

CIVIL ACTION

6:16-1253

## RULING

The Court has carefully considered the *Motions to Remand*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Carol B. Whitehurst dated June 30, 2017. The Parties filed *Objections* which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter is remanded to the Fifteenth Judicial District Court, Vermillion Parish, Louisiana.

Signed in Baton Rouge, Louisiana on September 26, 2017.

*Shelly D. Dick*

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

---

[1] Rec. Docs. 42, 50, and 51.
[2] Rec. Doc. 158.